**Electronically Filed
Supreme Court
SCPW-10-0000234
12-JAN-2011
02:40 PM**

NO. SCPW-10-0000234

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DANIEL JAMES OUREN, Petitioner,

vs.

EARLE PARTINGTON, HALAWA CORRECTIONAL FACILITY, and
HAWAII PAROLING AUTHORITY, Respondents.

---

ORIGINAL PROCEEDING

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba and Duffy, JJ.
and Circuit Judge Del Rosario, assigned by reason of vacancy)

Upon review of the December 21, 2010 papers filed in
the supreme court by Daniel James Ouren, which are deemed a
complaint against Earle Partington, prison administrators, and
the paroling authority, it appears we lack jurisdiction to
consider the complaint. See HRS § 602-5 (Supp. 2009).
Therefore,

IT IS HEREBY ORDERED that the complaint is dismissed.

DATED: Honolulu, Hawaiʻi, January 12, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Dexter D. Del Rosario

